# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**DOLLY LOTT, et al., individually
and on behalf of all others
similarly situated**                                                                                          **PLAINTIFFS**

**v.**                                                          **CAUSE NO. 1:17cv217-LG-RPM**

**TAISHAN GYPSUM CO., LTD, et al.**                                              **DEFENDANTS**

### ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST CERTAIN DEFENDANTS PURSUANT TO FED. R. CIV. P. 41(a)(2)

**BEFORE THE COURT** is the [32] Notice of Voluntary Dismissal filed by the plaintiffs. The plaintiffs wish to dismiss their claims against the following defendants without prejudice: (1) Beijing New Building Materials (Group) Co., Ltd., (2) Beijing New Building Materials Public Limited Co., and (3) China National Building Material Co., Ltd. After reviewing the Notice of Voluntary Dismissal and the [35] Amended Complaint that excludes these defendants, the Court finds that the plaintiffs' claims against these defendants should be dismissed without prejudice.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the plaintiffs' claims against Beijing New Building Materials (Group) Co., Ltd., Beijing New Building Materials Public Limited Co., and China National Building Material Co., Ltd. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the plaintiffs claims against all other defendants shall remain pending at this time.

**SO ORDERED AND ADJUDGED** this the 30th day of November, 2020.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge