IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOLLY LOTT, et al., individually
and on behalf of all others
similarly situated**                                                                                  **PLAINTIFFS**

**v.**                                                                   **CAUSE NO. 1:17cv217-LG-RPM**

**TAISHAN GYPSUM CO., LTD, et al.**                                      **DEFENDANTS**

## JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

In accordance with the Order entered herewith, this Court finds that the plaintiffs' claims against Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd., must be dismissed for lack of personal jurisdiction.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this lawsuit is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 16th day of December, 2020.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE